# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| EVERGREEN MANAGEMENT GROUP INC., | : No. 809 MAL 2015 |
| Respondent | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| COMMERCIAL SNOW & ICE LLC, | : |
| Petitioner | : |
| | : No. 810 MAL 2015 |
| WILLIAM SMITH SR. AND EVERGREEN MANAGEMENT GROUP, INC., | : |
| Cross Petitioners | : Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| BRIAN HEMPHILL AND COMMERCIAL SNOW & ICE, LLC, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.